UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEIL SOOROOJBALLIE,

                Plaintiff,

        vs.

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY and GARY FRATTALI, Individually,

                Defendants.
------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTIONS PURSUANT TO FED. R. CIV. P. 50 AND 59**

**15 Civ 1230 (WFK) (PK)**

      Kathleen Gill Miller declares, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

      1.    I am an attorney in the Law Department of The Port Authority of New York and New Jersey, and attorney for defendants in this action, The Port Authority of New York and New Jersey and Gary Frattali. I make this Declaration in support of defendants' motions pursuant to Fed. R. Civ. P. 50 and 59, and for the purpose of certifying that the attached documents are true and accurate copies of the trial transcript and exhibits admitted as evidence in the above-captioned case:

    Exhibit A -    The transcript of the jury verdict dated September 17, 2014

    Exhibit B -    Trial testimony of Neil Sooroojballie

    Exhibit C -    Trial testimony of Gary Frattali, pp. 693-736

    Exhibit D -    Trial testimony of Michael Ford

    Exhibit E -    Trial Exhibit G-a, Watch Engineer Test Scores

    Exhibit F -    Trial Exhibit 5, EEO Complaint dated January 21, 2014

    Exhibit G -    Trial testimony of Wayne Turner

    Exhibit H -    Trial Exhibits W-1-a and W-1-b, NYCAPS New Hire Packet

Exhibit I   -   Trial Exhibits D-1-a – D-1-i, Office of Inspection General Reports

Exhibit J   -   Trial Exhibit Z-1, Memorandum from Lysa Scully to Neil Sooroojballie dated October 17, 2014

Exhibit K   -   Trial testimony of Ricardo Buchanan

Exhibit L   -   Trial testimony of George Sanon

Exhibit M   -   Trial testimony of Govind Patel

Exhibit N   -   Trial testimony of Eric Francis

Exhibit O   -   Trial Exhibit 36, Dr. Martinho's Progress Notes

Exhibit P   -   Trial testimony of Dimitris Bournias

Exhibit Q   -   Trial Exhibit J, October 18, 2013 Memorandum concerning Holiday Meal Reimbursement

Exhibit R   -   Trial Exhibit 4, holiday meal petty cash form for Plaintiff

Exhibit S   -   Trial Exhibit M, holiday meal petty cash form for Michael Murphy

Exhibit T   -   Trial testimony of Michael Ward

Exhibit U   -   Trial Exhibits S, T, V, Emails between plaintiff and Human Resources representative V. Piccinich concerning the Watch Engineer position

Exhibit V   -   Trial Exhibit 20, Email dated March 25, 2014

Exhibit W   -   Trial Exhibit 21, Email dated April 21, 2014

Exhibit X   -   Trial Exhibit 77, Email dated June 3, 2014 from New York City to Plaintiff

Exhibit Y   -   Trial Exhibit 27, Memorandum dated December 30, 2013

Exhibit Z   -   Trial Exhibit 28, Memorandum dated February 4, 2014

Exhibit AA  -   Trial Exhibit 30, Memorandum dated March 27, 2014

Exhibit BB  -   Trial Exhibit 29, Memorandum dated March 27, 2014

Exhibit CC  -   Trial Exhibit S-1, Memorandum dated July 17, 2014

Exhibit DD  -  Trial testimony of Stanley Schneider

Exhibit EE  -  Trial testimony of Dr. Michele Martinho

Exhibit FF  -  Trial Exhibit 13, Watch Engineer Eligible List

Exhibit GG  -  Trial Exhibit V-1, The Complaint dated June 2014

2. The Port Authority of New York and New Jersey does not generally indemnify its employees for punitive damage awards.

Dated: New York, New York
October 12, 2018

*Kathleen Gill Miller*

Kathleen Gill Miller, Esq.