# Bergstein & Ullrich

– Attorneys at Law –
5 Paradies Lane
New Paltz, New York 12561
Tel: (845) 469-1277    Fax: (845) 469-5904
www.tbulaw.com
thefirm@tbulaw.com
www.secondcircuitcivilrights.blogspot.com

June 9, 2020

Hon. William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *Sooroojballie v. Port Authority of New York & New Jersey*
                         15 CV 1230 (WFK)

Dear Judge Kuntz:

      I am co-counsel, with Marjorie Mesidor, Esq., for Plaintiff.

      On June 4, 2020, the Court of Appeals upheld in part this Court's Rule 50(b) order, largely affirming the verdict on liability. The Court also ruled that the damages award for pain and suffering was excessive, and it "grant[ed] a new trial as to Sooroojballie's emotional distress damages unless he accepts a remittitur of the award to $250,000." (Decision at 18).

      I am writing to formally advise that Plaintiff will accept the remittitur in the amount of $250,000.

Very truly yours,

Stephen Bergstein

cc:    Marjorie Mesidor, Esq.
        Kathleen Miller, Esq.