UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NEIL SOOROOJBALLIE,

            Plaintiff,

      v.                                 **ORDER**
                                      15-CV-1230 (WFK)
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY and GARY
FRATTALI,

           Defendants.
-------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      By order dated June 9, 2020, the Court referred the question of the reasonableness of the award of attorneys' fees to Plaintiff to the Honorable Magistrate Judge Peggy Kuo for a report and recommendation. ECF No. 106. On September 22, 2020, Judge Kuo filed the Report and Recommendation ("R&R"), recommending Plaintiff be awarded attorneys' fees in the amount of $149,289.78. ECF No. 122. Objections to the R&R were due October 6, 2020, and to date, no objections have been filed.

      In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety.

                                                                   **SO ORDERED.**

                                                                   /s WFK
                                                            _____
Dated: October 20, 2020                HON. WILLIAM F. KUNTZ, II
        Brooklyn, New York              UNITED STATES DISTRICT JUDGE